IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY V. BARBIERO | : | CIVIL ACTION |
| v. | : | |
| GERALD S. KAUFMAN, et al. | : | NO. 12-6869 |

ORDER

AND NOW, this 30th day of July, 2013, upon consideration of the petitioner's motion to remand (Docket No. 3), the respondents' motion to dismiss (Docket No. 4), and the briefs in support of and opposition to those motions, and following oral argument held on July 11, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the petitioner's motion is DENIED.  IT IS FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.